SHEILA STEIGER *vs.* DEPARTMENT OF PUBLIC WELFARE. July 1, 1980. There was no error in the entry of judgment for the defendant on the plaintiff's motion for summary judgment. Mass.R.Civ.P. 56(c), 365

---

Mass. 824 (1974). The defendant was not required to compensate the plaintiff for private psychological therapy under the Medicaid program. G. L. c. 118E, § 1. See 42 U.S.C. § 1396a(a)(10)(A). The defendant's decision to fund only that psychological therapy which is provided in a multidisciplinary setting is neither unreasonable (see *Beal* v. *Doe*, 432 U.S. 438, 444 [1977]) nor violative of the freedom of choice provisions of the Federal statute (42 U.S.C. § 1396a[a][23]). There is no merit to the plaintiff's belated argument that the Commonwealth is estopped because some State employee gave her assurance that Medicaid would cover this expense. *Doris* v. *Police Commr. of Boston*, 374 Mass. 443, 449-450 (1978).

*Judgment affirmed.*

*John J. Brothers* for the plaintiff.
*Alan B. Sherr*, Assistant Attorney General, for the defendant.